UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

A.R.

    Plaintiff,

-vs-                                                Case No: 18-cv-1554

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,
MICHAEL BEITZ and GAIL PANSKE

    Defendants.

## ORDER OF DISMISSAL

The above-referenced case having been settled, and the parties having stipulated to dismissal on the merits and with prejudice;

It is ordered that:

This case is dismissed on the merits and with prejudice and without costs to any party.

Dated this __9th__ day of July, 2019

                                      s/William C. Griesbach
                                      Honorable William C. Griesbach, Chief Judge
                                      United States District Court